**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 462 EAL 2017
:
               Respondent :
: Petition for Allowance of Appeal from
: the Order of the Superior Court
               v. :
:
:
TYREEK WILSON, :
:
               Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of March, 2019, the Petition for Allowance of Appeal is **DENIED**.